**DISMISS; Opinion Filed February 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01691-CV

**DAVID W. BARNETT, M.D., INDIVIDUALLY AND D/B/A TEXAS NEUROSURGERY, Appellant**
**V.**
**JAMES TIMOTHY EDGE AND MAI LYNETT EDGE, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04671-A**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

By motion filed February 18, 2014, appellant states the dispute at issue in this appeal has

been resolved and moves to dismiss the appeal.   We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

131691F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID W. BARNETT, M.D.,
INDIVIDUALLY AND D/B/A TEXAS
NEUROSURGERY, Appellant

No. 05-13-01691-CV          V.

JAMES TIMOTHY EDGE AND MAI
LYNETT EDGE, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-04671-A.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
        Subject to any agreement between the parties, we **ORDER** that appellees James Timothy Edge and Mai Lynett Edge recover their costs, if any, of this appeal from appellant David W. Barnett, M.D., Individually and d/b/a Texas Neurosurgery.


Judgment entered this 27th day of February, 2014.


                                        /Lana Myers/
                                        _____
                                        LANA MYERS
                                        JUSTICE